| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) White, Helene N. | 2. Court or Organization 6th Circuit | 3. Date of Report 10/21/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 211 W. Ford Street Suite 1610 Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | NJH Associates |
| 2. Partner | NJHA Associates |
| 3. Partner | RNJH Associates, LTD |
| 4. Director / Vice President | RNJH Associates, Inc. |
| 5. Member | MWCM LLC |
| 6. Member | Powder, LLC |
| 7. Trustee | Trust #2 |
| 8. Trustee | Trust #3 |
| 9. Trustee | Trust #4 |
| 10. Director / President | Family Foundation #1 |
| 11. Director | Family Foundation #2 |
| 12. Custodian | Brokerage account #1 UGMA |
| 13. Custodian | Brokerage account #2 UGMA |
| 14. Trustee | Rholick Foundation |
| 15. Member | Home Properties, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

16.  Administratrix                                             Estate

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pension | Wayne County, Michigan |
| 2. Pension | State of Michigan |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | J | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - CSTGX | A | Dividend | J | T | | | | | |
| 8. - BTZ | B | Dividend | K | T | | | | | |
| 9. - FRDPX | A | Dividend | K | T | | | | | |
| 10. - SLMCX | D | Distribution | L | T | | | | | |
| 11. - SCAUX | A | Dividend | J | T | | | | | |
| 12. - FIF | C | Dividend | K | T | | | | | |
| 13. Brokerage account #3 (Baird) | | | | | | | | | |
| 14. - NWS | A | Dividend | K | T | | | | | |
| 15. - SCAUX | A | Dividend | J | T | | | | | |
| 16. - FRDPX | A | Dividend | L | T | | | | | |
| 17. - PHSTX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage account #4 cust UGMA ▓ (Baird) | | | | | | | | | |
| 19. - ABALX | A | Dividend | J | T | | | | | |
| 20. - CSTGX | A | Dividend | J | T | | | | | |
| 21. - FRBAX | A | Dividend | J | T | | | | | |
| 22. - SCAUX | A | Dividend | J | T | | | | | |
| 23. Brokerage account #5 cust UGMA ▓ (Baird) | | | | | | | | | |
| 24. - CSTGX | | None | J | T | | | | | |
| 25. - FRBAX | B | Dividend | K | T | | | | | |
| 26. - ABALX | A | Dividend | K | T | | | | | |
| 27. Brokerage account #6 (Chase) | | | | | | | | | |
| 28. - MJLXX | A | Interest | J | T | | | | | |
| 29. - FPFC | | None | J | T | | | | | |
| 30. - GENZ | | None | J | T | | | | | |
| 31. - MSFT | A | Dividend | J | T | | | | | |
| 32. Brokerage account #7 (Morgan Stanley Smith Barney) | | | | | | | | | |
| 33. - JNJ | A | Dividend | | | Distributed | 02/17/12 | L | | |
| 34. - Morgan Stanley Smith Barney Money Market Funds | A | Interest | | | Distributed | 02/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage account #8 (Ameriprise) | | | | | | | | | |
| 36. - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 37. - GE | A | Dividend | K | T | | | | | |
| 38. - ASEI | A | Dividend | K | T | | | | | |
| 39. - RCMT | | None | J | T | | | | | |
| 40. Brokerage account #9 (Oppenheimer) | | | | | | | | | |
| 41. - ADLXX | A | Interest | J | T | | | | | |
| 42. - ASEI | A | Dividend | J | T | | | | | |
| 43. - ELX | | None | J | T | | | | | |
| 44. - QLGC | | None | K | T | | | | | |
| 45. 401k and 457 State of Michigan | | | | | | | | | |
| 46. - SSga S&P 500 Index | | None | M | T | | | | | |
| 47. - SSga MidCap Index | | None | N | T | | | | | |
| 48. - SSga Russel 2000 Index | | None | M | T | | | | | |
| 49. - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 50. Wayne County Deferred Comp | | | | | | | | | |
| 51. - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Israel Bonds ugma 4/10 | B | Interest | K | T | | | | | |
| 53. Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 54. Isreal Bonds ugma 4/11 | B | Interest | K | T | | | | | |
| 55. Israel Bonds ugma 4/2010 | B | Interest | K | T | | | | | |
| 56. RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | T | | | | | |
| 57. Roaring Brook Capital Fund | | None | | | Redeemed | 01/01/12 | O | C | |
| 58. Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 59. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 60. Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | T | | | | | |
| 61. - LP Int RNJH Asso. LTD - see lines 64-120 | | | | | | | | | |
| 62. Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | T | | | | | |
| 63. - LP Int RNJH Asso. LTD - see lines 64-120 | | | | | | | | | |
| 64. RNJH Associates Ltd. (LP Interest) (pro rata share) | D | Int./Div. | N | T | | | | | |
| 65. - Acct # 1 Morgan Stanley | | | | | | | | | |
| 66. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 67. - - IShares S&P Mid Cap 400 Growth | | | | | | | | | |
| 68. - - IShares S&P Sm Cap 600 Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 70. - - Powershares DB Comm Trk Inc. | | | | | | | | | |
| 71. - - SPDR Barclays Capital High Yield | | | | | | | | | |
| 72. - - SPDR Barclays Capital International | | | | | | | | | |
| 73. - - Vanguard Emerging Markets ETF | | | | | | | | | |
| 74. - - Vanguard REIT ETF | | | | | | | | | |
| 75. - - Vanguard Total Market | | | | | | | | | |
| 76. - - Blackrock Global Allocation A | | | | | | | | | |
| 77. - -Delaware Diversified Inc. A | | | | | | | | | |
| 78. - - First Eagle Global A | | | | | | | | | |
| 79. - - Goldman Sachs Abslte Ret Trk A (GARTX) (rep as GARTY) | | | | | | | | | |
| 80. - - Ivy High Income A | | | | | | | | | |
| 81. - - Pimco Total Return A | | | | | | | | | |
| 82. - - RYDEX/SGI Managed FUT STR A | | | | | | | | | |
| 83. - - Alerian MLP ETF | | | | | | | | | |
| 84. - - First Trust DJ GL SEL DVD | | | | | | | | | |
| 85. - - First Trust Large Cap Growth A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - - First Trust Large Cap Value AL | | | | | | | | | |
| 87. - - First Trust Multi Cap Value | | | | | | | | | |
| 88. - - IShares Barclays TIPS Bd Fd | | | | | | | | | |
| 89. - - Invesco Balanced Risk Alloc A | | | | | | | | | |
| 90. - Acct # 2 - Morgan Stanley | | | | | | | | | |
| 91. - - Unit First Trust Int Rate Hedge 1 | | | | | Sold | 04/19/12 | K | A | |
| 92. - - Unit First Trust Int Rate Hedge 40 | | | | | Buy | 03/01/12 | J | | |
| 93. - - Unit First Trust Senior Loan & Ltd 34 | | | | | | | | | |
| 94. - -Unit First Trust Strategic Inc CE 24 | | | | | | | | | |
| 95. - - Unit First Trust Target Div Leaders 2nd Qtr 11 | | | | | Sold | 06/13/12 | K | | |
| 96. - - Unit First Trust Target Div Leaders 2nd Qtr 12 | | | | | Buy | 06/13/12 | J | | |
| 97. - - Unit guggenheim Closed-End Infrastructure MLP 10 | | | | | | | | | |
| 98. RNJH Asso., Inc. (stockholder) (pro rata share) | B | Int./Div. | K | T | | | | | |
| 99. - - GP Int in RNJH Asso, LTD | | | | | | | | | |
| 100. - - Morgan Stanley MM | | | | | Distributed | 12/07/12 | J | | |
| 101. - - IShares Barclays TIPS BD FD | | | | | Distributed | 12/07/12 | J | | |
| 102. - - IShares S&P Mid Cap 400 Growth | | | | | Distributed | 12/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - - IShares S&P Small Cap 600 Val | | | | | Distributed | 12/07/12 | J | | |
| 104.  - - IShares Small Cap 600 Growth | | | | | Distributed | 12/07/12 | J | | |
| 105.  - - Vanguard Emrg Mkts Etf | | | | | Distributed | 12/07/12 | J | | |
| 106.  - - Vanguard REIT ETF | | | | | Distributed | 12/07/12 | J | | |
| 107.  - - Vanguard Total Bond Market | | | | | Distributed | 12/07/12 | J | | |
| 108.  - - Blackrock Global Allocation A | | | | | Distributed | 12/10/12 | J | | |
| 109.  - - First Eagle Global A | | | | | Distributed | 12/10/12 | J | | |
| 110.  - - Goldman Sachs Abslte Ret Trk A | | | | | Distributed | 12/10/12 | J | | |
| 111.  - - First Trust DJ Sel DVD | | | | | Distributed | 12/07/12 | J | | |
| 112.  - - First Trust Large CAP Growth A | | | | | Distributed | 12/07/12 | J | | |
| 113.  - - First Trust Large CAP Value AL | | | | | Distributed | 12/07/12 | J | | |
| 114.  - - First Trust Multi CAP Value | | | | | Distributed | 12/07/12 | J | | |
| 115.  - - IShares JP Morgan Em Bond Fd | | | | | Distributed | 12/07/12 | J | | |
| 116.  - - Powershares DB Comm Trk Inc | | | | | Distributed | 12/07/12 | J | | |
| 117.  - - SPDR Barclays Cap High Yield | | | | | Distributed | 12/07/12 | J | | |
| 118.  - - SPDR Barclays Capital International | | | | | Distributed | 12/07/12 | J | | |
| 119.  - - Invesco Bal Risk Alloc A | | | | | Distributed | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - - RYDEX/SGI Managed Fut Str A | | | | | Distributed | 12/07/12 | J | | |
| 121.  Trust # 4, RWLTITNAR, Trustee | D | Int./Div. | P1 | T | | | | | |
| 122.  - - Credit Suisse MM Fund | | | | | | | | | |
| 123.  - - Drefus Treasury Prime Inv. SH | | | | | | | | | |
| 124.  - - IShares TR Russell 2000 Index Fd | | | | | Sold | 03/12/12 | M | C | |
| 125.  - - IShares TR MSCI Emerging Mkts Index FD | | | | | Buy | 08/16/12 | L | | |
| 126. | | | | | Buy (add'l) | 11/02/12 | L | | |
| 127.  - - SPDR S&P 500 EFTR TR TR Unit | | | | | | | | | |
| 128.  - - SPDR Dow Jones Indl Avg ETF TR UNIT | | | | | Sold | 01/03/12 | N | C | |
| 129.  - - Powershares QQQ TR Unit Series 1 | | | | | Buy | 11/29/12 | M | | |
| 130. | | | | | Buy (add'l) | 11/30/12 | M | | |
| 131.  Trust #5 RWLTITHW shared beneficial interest | D | Int./Div. | P1 | T | | | | | |
| 132.  - - US Treasury MM Fund - Credit Suisse | | | | | | | | | |
| 133.  - - Brokerage Account - Morgan Stanley | | | | | | | | | |
| 134.  - - Alerian MLP ETF | | | | | | | | | |
| 135.  - - First Trust DJ GL SEL DVD | | | | | | | | | |
| 136.  - - First Trust Large CAP Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - - First Trust Large CAP Value ETF | | | | | | | | | |
| 138. - - First Trust Multi CAP Value | | | | | | | | | |
| 139. - - IShares Barclays Tips BD FD | | | | | | | | | |
| 140. - - IShares JP Morgan EM Bond Fd | | | | | | | | | |
| 141. - - IShares S&P Sm Cap 600 Val | | | | | | | | | |
| 142. - - IShares Sm Cap 600 Growth | | | | | | | | | |
| 143. - - Powershares DB Comm TRK, Inc. | | | | | | | | | |
| 144. - - SPDR Barclays Capital High Yield | | | | | | | | | |
| 145. - - SPDR Barclays Capital International | | | | | | | | | |
| 146. - - IShares S&P Mid Cap 400 Growth | | | | | | | | | |
| 147. - - Vanguard Total Bond Mkt | | | | | | | | | |
| 148. - - Vanguard EMG MKTS | | | | | | | | | |
| 149. - -Blackrock Global | | | | | | | | | |
| 150. - - Ivy Asset A | | | | | | | | | |
| 151. - - First Eagle Global A | | | | | | | | | |
| 152. - - Goldman Sachs Abslte Ret Trk A (GARTX) | | | | | | | | | |
| 153. - - Vanguard REIT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - -RYDEX/SGI Managed FUT STR A | | | | | | | | | |
| 155. - - RS Floating Rate A | | | | | | | | | |
| 156. MWCM LLC, Ltd Ptr, RE development Macomb MI | A | Interest | M | W | | | | | |
| 157. Powder, LLC joint interest in condo in Copper Mtn, CO | | None | M | W | | | | | |
| 158. Condominium in Snowmass, Colorado | | None | O | W | | | | | |
| 159. NJH Associates, Partner | G | Distribution | M | W | | | | | |
| 160. - Vendee's interest in unimproved CA property | | | | | | | | | |
| 161. - BJW Associates Real Estate NYC | | | | | | | | | |
| 162. - Lexington Ave Assoc Real Estate NYC | | | | | | | | | |
| 163. - First Sutton Assoc Real Estate NYC | | | | | | | | | |
| 164. - Asbury Plaza Venture, Real Estate, Chicago | | | | | | | | | |
| 165. - Alma Assoc. Real Estate Arkansas | | | | | | | | | |
| 166. - Belmont Madison Assoc Real Estate NYC | | | | | | | | | |
| 167. - Lincoln Terrace Assoc. NYC | | | | | | | | | |
| 168. NJHA Assoc., Partner | B | Interest | K | W | | | | | |
| 169. 4400 University Ltd Partnership | A | Interest | K | W | | | | | |
| 170. 2001 Trust, shared beneficial interest | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - - Escrowed Funds cash accounts held at BOA and JPM | | | | | | | | | |
| 172. - - JPM Private Equity | | | | | | | | | |
| 173. - - JPM Tax Free MM | | | | | | | | | |
| 174. 2006 Trust, shared beneficial interest | A | Int./Div. | N | T | | | | | |
| 175. - - Escrowed Funds cash accounts held at BOA and JPM | | | | | | | | | |
| 176. - - JPM Tax Free MM | | | | | | | | | |
| 177. 2007 Trust, shared beneficial interest | E | Int./Div. | P1 | T | | | | | |
| 178. - - Escrowed Funds | | | | | | | | | |
| 179. - - JPM Private Equity | | | | | | | | | |
| 180. - - JPM Tax Free MM | | | | | | | | | |
| 181. LTR 2010 Trust, shared beneficial interest | G | Int./Div. | P2 | T | | | | | |
| 182. - - JP Morgan Money Market | | | | | | | | | |
| 183. - - State of California Pub Imps Bonds | | | | | | | | | |
| 184. - - JPM Tax Free Resv Sweep FD | | | | | | | | | |
| 185. - - City of NY NY Ref Pub Imp Bonds | | | | | | | | | |
| 186. - - City of NY NY Ref Pub Imps Bonds | | | | | | | | | |
| 187. - - City of NY NY Muni Wtr Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - - State of NY Pub Imps Bonds | | | | | | | | | |
| 189.  - - Puerto Rico Bonds | | | | | | | | | |
| 190.  - - RAI SPV2, LLC | | | | | | | | | |
| 191.  - - Residential Fund 321, LLC | | | | | | | | | |
| 192.  - - NADG US Supermarket Anchored Fund | | | | | | | | | |
| 193.  - - GloStream | | | | | | | | | |
| 194.  - - Trends Restaurant Group, LLC | | | | | | | | | |
| 195.  - - Loans Receivable from HW | | | | | | | | | |
| 196.  - - Wells Fargo Acct | | | | | | | | | |
| 197.  - - Mortgage Loan to F&M L | | | | | Buy | 08/23/12 | O | | |
| 198.  - - Habitat (Ann Arbor Apts) Investment | | | | | Buy | 01/23/12 | N | | |
| 199.  Estate ▯ - Administratrix | G | Int./Div. | P2 | T | | | | | |
| 200.  - - BOA Checking Acct #1 | | | | | | | | | |
| 201.  - - BOA Checking Acct #2 | | | | | | | | | |
| 202.  - - Escrowed Funds cash accounts held at BOA and JPM | | | | | | | | | |
| 203.  - - BOA Brokerage Acct (see below) | | | | | | | | | |
| 204.  - - Columbia (BOFA) NY Tax Exempt Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - - CMA Ultra Short Term Bond Fund | | | | | | | | | |
| 206. - - Marc Pharmaceutical stock | | | | | | | | | |
| 207. - - Smith Barney Brokerage Account | | | | | | | | | |
| 208. - - - Entrada Networks, Inc. | | | | | | | | | |
| 209. - - - Neo-Stem, Inc. | | | | | | | | | |
| 210. - - - Zhone Technolgies | | | | | | | | | |
| 211. L Fam TR | A | Int./Div. | P1 | W | | | | | |
| 212. - - Membership Int in LFT, LLC | | | | | | | | | |
| 213. - - Wachovia account | | | | | | | | | |
| 214. L Fam TR | A | Int./Div. | P1 | W | | | | | |
| 215. - - Membership Int in LFT, LLC | | | | | | | | | |
| 216. - - Wachovia account | | | | | | | | | |
| 217. Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 218. Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 219. Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 220. Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 221. Rohlik Foundation, Inc., Trustee | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Fidelity Brokerage Acct MM Cash | | | | | | | | | |
| 223. - - Weatherford Intl (WFT) | | | | | Sold | 10/26/12 | K | A | |
| 224. - - Nobel Corp. (NE) | | | | | | | | | |
| 225. - - Tyco Intl (TYC) | | | | | Sold | 09/24/12 | L | A | |
| 226. - - ADT Corp Com (ADT) | | | | | Buy | 11/15/12 | K | | |
| 227. - - AGL Res Inc. (GAS) | | | | | Buy | 12/21/12 | L | | |
| 228. - - Alexander & Baldwin (ALEX) | | | | | | | | | |
| 229. - - American Financial Group (AFG) | | | | | Buy | 09/17/12 | K | | |
| 230. - - American Realty Capital Trust (ARCT) | | | | | Buy | 03/06/12 | K | | |
| 231. - - Apache Corp (APA) | | | | | Buy | 10/19/12 | K | | |
| 232. - - Apple, Inc. (AAPL) | | | | | | | | | |
| 233. - - Ashland, Inc. (ASH) | | | | | | | | | |
| 234. - - Avago Technologies (AVGO) | | | | | | | | | |
| 235. - - Baxter Intl Inc. (BAX) | | | | | | | | | |
| 236. - - Bed Bath & Beyond (BBBY) | | | | | Buy | 12/03/12 | K | | |
| 237. - - Berkshire Hathaway, Inc. (BRKB) | | | | | Buy | 12/21/12 | L | | |
| 238. - - Bunge Ltd Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - - CVS Caremark Corp (CVS) | | | | | | | | | |
| 240. - - Celgene Corp (CELG) | | | | | | | | | |
| 241. - - Chicago Bridge & Iron (CBI) | | | | | Buy | 10/19/12 | L | | |
| 242. - - Conoco Phillips | | | | | Sold | 08/16/12 | J | | |
| 243. - - Denbury Res Inc. (DNR) | | | | | | | | | |
| 244. - - Devon Energy (DVN) | | | | | | | | | |
| 245. - - Duke Energy Corp (DUK) | | | | | Buy | 09/17/12 | K | | |
| 246. - - Eagle Materials | | | | | Sold | 05/10/12 | K | C | |
| 247. - - Ensco PLC Spon ADR | | | | | | | | | |
| 248. - - Exact Sciences Corp (EXAS) | | | | | Buy | 11/15/12 | K | | |
| 249. - - Express Scripts (ESRX) | | | | | | | | | |
| 250. - - FISERV, Inc. (FISV) | | | | | | | | | |
| 251. - - Google, Inc. CL A (GOOG) | | | | | | | | | |
| 252. - - Intel Corp (INTC) | | | | | | | | | |
| 253. - - Intl Business Mach (IBM) | | | | | | | | | |
| 254. - - JP Morgan (JPM) | | | | | | | | | |
| 255. - - Johnson Ctls Inc. (JCI) | | | | | Sold | 02/28/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - - Kinder Morgan, Inc. DEL | | | | | | | | | |
| 257. - - Kohls Corp (KSS) | | | | | Sold | 10/10/12 | K | A | |
| 258. - - Kroger Co (KR) | | | | | | | | | |
| 259. - - Microsoft Corp (MSFT) | | | | | | | | | |
| 260. - - NII Holdings Inc. New | | | | | | | | | |
| 261. - - Nobel Energy (NBL) | | | | | | | | | |
| 262. - - Northeast Utilities (NU) | | | | | | | | | |
| 263. - - Oracle Corp (ORCL) | | | | | Buy | 05/18/12 | K | | |
| 264. - - Peoples UTD FINL Inc. | | | | | | | | | |
| 265. - - Pepsico (PEP) | | | | | Sold | 02/14/12 | K | A | |
| 266. - - Pfizer, Inc. (PFE) | | | | | | | | | |
| 267. - - Powershares DB Multi | | | | | Sold | 08/15/12 | K | A | |
| 268. - - Proctor & Gamble Co (PG) | | | | | | | | | |
| 269. - - Qualcomm Inc. | | | | | | | | | |
| 270. - - Reinsurance Group Amer (RGA) | | | | | Sold | 10/23/12 | K | A | |
| 271. - - Republic Services, Inc. CL A (RSG) | | | | | Sold | 05/02/12 | K | B | |
| 272. - - Robert Half Intl, Inc. (RHI) | | | | | Buy | 12/20/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - - Sempra Energy (SRE) | | | | | | | | | |
| 274. - - Shire ADR (SHPGY) | | | | | | | | | |
| 275. - - Synopsys, Inc. | | | | | Buy | 01/23/12 | K | | |
| 276. - - TD Ameritrade (AMTD) | | | | | | | | | |
| 277. - - Teradata Corp Del | | | | | | | | | |
| 278. - - TEVA Pharmaceutical (TEVA) | | | | | | | | | |
| 279. - - Time Warner Inc. | | | | | | | | | |
| 280. - - Titan Machy, Inc. (TITN) | | | | | Buy | 12/21/12 | K | | |
| 281. - - Tortoise MLP Fund | | | | | | | | | |
| 282. - - Vanguard Emerging Markets (VWO) | | | | | Sold | 05/29/12 | K | B | |
| 283. - - Verizon Communications (VZ) | | | | | Buy | 12/21/12 | K | | |
| 284. - - US Treas Nts 2/28/2013 | | | | | | | | | |
| 285. - - US Treas Nts 2/15/2018 | | | | | | | | | |
| 286. - - (3) Israel Bonds | | | | | | | | | |
| 287. W Fam Foundation, Director and President | D | Int./Div. | N | T | | | | | |
| 288. - - Morgan Keegan MM | | | | | | | | | |
| 289. - - Dodge & Cox Income Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - - Lateef Fund I | | | | | | | | | |
| 291. - - Mutual Hedge Frontier Legends I | | | | | Sold | 10/17/12 | K | | |
| 292. - - Wasatch 1st Source Monogram Fund | | | | | | | | | |
| 293. - - Federated Total Return Bond Fund | | | | | | | | | |
| 294. - - Arbitrage Fund R | | | | | Sold | 12/06/12 | K | | |
| 295. - - James Alpha Global Enhanced Real Rtn A | | | | | | | | | |
| 296. - - Invesco Balanced Risk Alloc Fund Cl A | | | | | | | | | |
| 297. - - Nuveen Santa Barbara Growth A | | | | | | | | | |
| 298. - - Thornburg Value Fund Class I | | | | | Sold | 08/03/12 | K | | |
| 299. - - First Eagle Fund of America CL A | | | | | Buy | 08/03/12 | K | | |
| 300. - - Prudential Absolute Return Bond A | | | | | Buy | 12/06/12 | K | | |
| 301. - - Wells Fargo Absolute Return Ad Admin | | | | | Buy | 10/19/12 | K | | |
| 302. R Fam. Foundation, Director | F | Int./Div. | P1 | T | | | | | |
| 303. - - Cullen High Dividend Equity Fund | | | | | Buy | 03/23/12 | L | | |
| 304. - - GS Bren SPX 1/2/14 | | | | | Buy | 12/21/12 | K | | |
| 305. - - Barc Cont Buff EQ SPX | | | | | | | | | |
| 306. - -GS Market Plus SPX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - -GS Cont Buff EQ SPX | | | | | | | | | |
| 308. - -HSBC Cont Buff EQ SPX | | | | | Sold | 10/17/12 | K | D | |
| 309. - - JPM Larg Cap Growth FD - SEL | | | | | | | | | |
| 310. - - Nuveen NWQ Value Opp Fund | | | | | Sold | 03/22/12 | M | | |
| 311. - - Professionally Managed Portfolios - the Osterweis Fund | | | | | | | | | |
| 312. - - SIT MUT FDS Inc Dividend Growth | | | | | | | | | |
| 313. - - SPDR S&P 500 ETF Trust | | | | | | | | | |
| 314. - - Aston River Rd Div All CAP VAL FD | | | | | Buy | 02/22/12 | L | | |
| 315. - - IShares S&P Mid Cap 400 Index Fund | | | | | | | | | |
| 316. - - GS Bren EAFE 11/20/13 | | | | | Buy | 11/02/12 | K | | |
| 317. - - Artisan Intl Value Fund - Inv | | | | | | | | | |
| 318. - - Dodge & Cox International Stock | | | | | | | | | |
| 319. - - Vanguard FTSE Europe ETF | | | | | Buy | 06/29/12 | K | | |
| 320. - - JPM Bren EAFE (7/5/12) | | | | | Sold | 07/12/12 | K | | |
| 321. - - JPM Bren EAFE (10/11/12) | | | | | Sold | 10/12/12 | K | D | |
| 322. - - JPM Bren EAFE (11/7/12) | | | | | Sold | 11/07/12 | K | B | |
| 323. - - Aberdeen Asia Pacifi Ex Japan Equity Inst Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - - Vanguard FTSE Emerging Markets ETF | | | | | Buy | 09/21/12 | M | | |
| 325. - - BARC Bren Asia Basket | | | | | Sold | 06/13/12 | J | | |
| 326. - - CS Bren Asia Basket | | | | | Sold | 10/19/12 | K | D | |
| 327. - - Matthews Asia Div Inst | | | | | | | | | |
| 328. - - Barc Brent Leveraged CBEN 10/9/13 | | | | | Buy | 09/28/12 | J | | |
| 329. - -Transamerica Fds | | | | | Sold | 06/29/12 | K | | |
| 330. - - Vanguard MSCI Emerging Markets ETF | | | | | Sold | 12/31/12 | J | | |
| 331. - - Arbitrage Funds - I | | | | | | | | | |
| 332. - - Eaton Vance Mut Fds TR Global Macro - I | | | | | | | | | |
| 333. - - Gateway Fund - Y | | | | | | | | | |
| 334. - - JPM US Real Estate FD - Sel | | | | | | | | | |
| 335. - - Barc Callable Palldium CP NT | | | | | Sold | 04/11/12 | K | C | |
| 336. - - Highbridge Dynamic Comm Strg Fd | | | | | | | | | |
| 337. - - JPM GSCI Brend Crude CPN Note | | | | | Sold | 06/07/12 | K | C | |
| 338. - - Powershares DB Comm Index Tracking Fd | | | | | | | | | |
| 339. - - Harbor High Yield Bond Fund | | | | | Sold | 06/07/12 | J | | |
| 340. - - Eaton Vance Mut Fds TR | | | | | Sold | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - - Doubleline FDS TR | | | | | Buy | 12/11/12 | M | | |
| 342. - - Eaton Vance Floating Rate I | | | | | Buy | 12/11/12 | M | | |
| 343. - - JPM High Yield Fd - Sel | | | | | | | | | |
| 344. - - JPM TR I InFL Managed Bd | | | | | | | | | |
| 345. - - Vanguard FI Secs F INtr TRM CP PT | | | | | | | | | |
| 346. - - Blackrock High Yield Bond | | | | | | | | | |
| 347. - - Ridgeworth FDS | | | | | | | | | |
| 348. - - Ridgeworth Intermediate | | | | | Sold | 06/07/12 | K | | |
| 349. - -BARC 95% PPN FX Basket 1/22/13 | | | | | | | | | |
| 350. - - HSBC Americas Market Plus | | | | | Buy | 03/06/12 | J | | |
| 351. - - BARC 93% PPN BRIC Basket 9/26/13 | | | | | | | | | |
| 352. - -JPM Intl Currency Inc FD | | | | | Sold | 06/07/12 | K | | |
| 353. - - Dreyfus / Laurel Fds TR | | | | | | | | | |
| 354. Brokerage Acct #10 (McAdams Wright Ragen) | | | | | | | | | |
| 355. - - Money Market Fund | A | Dividend | M | T | | | | | |
| 356. - - Abbott Laboratories | B | Dividend | | | Sold | 04/27/12 | M | E | |
| 357. - - Ash Grove Cem Co. | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - - Automatic Data Processing | D | Dividend | N | T | Buy (add'l) | 06/05/12 | M | | |
| 359. - - Berkshire Hataway Inc. Del CL A Fmly Common | | None | N | T | | | | | |
| 360. - - Boswell JG CO Com | D | Dividend | M | T | | | | | |
| 361. - - Bristol Myers Squibb | C | Dividend | M | T | | | | | |
| 362. - - Campbell Soup Co. | D | Dividend | M | T | | | | | |
| 363. - - Coca Cola Co. | C | Dividend | M | T | | | | | |
| 364. - - Columbia Sportsware | C | Dividend | N | T | Buy | 05/08/12 | M | | |
| 365. - - Conocophillips | D | Dividend | M | T | | | | | |
| 366. - - Corning, Inc. | C | Dividend | N | T | Buy | 08/14/12 | N | | |
| 367. - - Encana Corp. Com | D | Dividend | M | T | | | | | |
| 368. - - El Paso Pipeline Partners LP Com Unit LTD | D | Dividend | M | T | | | | | |
| 369. - - Enterprise Products PPTNS LP | E | Dividend | N | T | | | | | |
| 370. - - Entergy New Orleans PFD | D | Dividend | M | T | | | | | |
| 371. - - Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 372. - - Expeditors Int'l Wash | B | Dividend | | | Sold | 12/05/12 | M | | |
| 373. - - First Natl BK Alaska | C | Dividend | M | T | | | | | |
| 374. - - Health Care Reit, Inc. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - - Intel Corp | B | Dividend | M | T | Buy | 10/26/12 | M | | |
| 376. - - ITT Corp. | A | Dividend | | | Sold (part) | 03/27/12 | J | | |
| 377. | | | | | Sold | 03/30/12 | J | | |
| 378. - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 379. - - Kraft Foods, Inc. CL A | B | Dividend | | | Sold | 01/03/12 | M | F | |
| 380. - - Lilly Eli & Co. | D | Dividend | | | Sold | 12/11/12 | N | F | |
| 381. - - M&T Bank Corp. | D | Dividend | M | T | | | | | |
| 382. - - Medtronic, Inc. | B | Dividend | | | Sold | 06/28/12 | M | D | |
| 383. - - Merck & Co, Inc. New Com N/C | D | Dividend | M | T | | | | | |
| 384. - - Microsoft Corp. | C | Dividend | M | T | | | | | |
| 385. - - Morgan Stanley Asfia Pacific FD Inc. | D | Dividend | | | Sold | 11/09/12 | M | E | |
| 386. - - Mosaic Co. New Com | C | Dividend | M | T | | | | | |
| 387. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 388. - - Newmont Mng Corp HIDG Co | C | Dividend | M | T | | | | | |
| 389. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 390. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 391. - - Pacificorp | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - - Pardee Resources Co. | D | Dividend | L | T | | | | | |
| 393. - - Peco Energy | | None | L | T | Buy | 11/15/12 | L | | |
| 394. - - Penn VA Resource (PVR) Partners LP Com Unit Repstg LTD | E | Dividend | N | T | | | | | |
| 395. - - Phillips 66 | A | Dividend | L | T | Buy | 08/30/12 | L | | |
| 396. - - Pfizer, Inc. | C | Dividend | | | Sold | 06/28/12 | M | F | |
| 397. - - Rayonier, Inc. | D | Dividend | M | T | | | | | |
| 398. - - Republic Services, Inc. | C | Dividend | N | T | Buy | 05/15/12 | N | | |
| 399. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 400. - - Southern Co. | D | Dividend | M | T | | | | | |
| 401. - - Sysco Corp. | D | Dividend | M | T | | | | | |
| 402. - - Target Corp Com | B | Dividend | | | Sold | 07/13/12 | M | E | |
| 403. - - Telsa Mtrs Inc. | | None | M | T | Sold (part) | 04/03/12 | L | E | |
| 404. | | | | | Buy (add'l) | 07/27/12 | K | | |
| 405. - - Ventas, Inc. | D | Dividend | M | T | | | | | |
| 406. - - Virginia Electric & Pwr Co PFD | D | Dividend | M | T | | | | | |
| 407. - - Vodafone Group PLC New | D | Dividend | M | T | | | | | |
| 408. - - WTB Finl Corp CMT CL B COM Non Vtg | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 29 of 44

**Name of Person Reporting**

White, Helene N.

**Date of Report**

10/21/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  - - Weyerhaeuser Co. | D | Dividend | | | Sold (part) | 10/09/12 | L | E | |
| 410. | | | | | Sold | 12/11/12 | M | F | |
| 411.  - - Wisconsin Pub SVC Corp PFD | D | Dividend | M | T | | | | | |
| 412.  - - XCEL Energy Inc. Com | D | Dividend | | | Sold | 10/09/12 | M | F | |
| 413.  - -XYLEM, Inc. | C | Dividend | M | T | Buy (add'l) | 01/31/12 | M | | |
| 414.  - - Pontiac Mich Tax Increment Fin Auth | D | Interest | | | Sold | 06/01/12 | N | | |
| 415.  - - Gibraltar Mich Sch Dist Sch Bldg and Site BDS SER 2002 | D | Interest | | | Sold | 11/01/12 | M | | |
| 416.  - - Gibraltar Mich Sch Dist Sch Bldg and Site BDS SER 2002 | D | Interest | | | Sold | 11/01/12 | M | | |
| 417.  - -Ann Arbor Mich Trans FDR REF | B | Interest | M | T | Buy | 03/07/12 | M | | |
| 418.  - -Baltimore Cnty, MD CTFS | B | Interest | N | T | Buy | 06/04/12 | N | | |
| 419.  - -Benton Cnty, Wash GO Ser 2003 | C | Interest | N | T | Buy | 06/07/12 | N | | |
| 420.  - -Georgia State GO BDS Ser 2007 | A | Interest | M | T | Buy | 06/11/12 | M | | |
| 421.  - - OVID ELSIE Mich Area SCHS GO BDS SER | D | Interest | | | Sold | 11/01/12 | M | | |
| 422.  - - South Lyon Mich CMNTY SCHS GO | D | Interest | | | Sold | 11/01/12 | M | | |
| 423.  - - Det Mich City SCH Dist GO BDS SER | E | Interest | O | T | | | | | |
| 424.  - - Eastern Mich Univ Revs Rev BDS | C | Interest | M | T | | | | | |
| 425.  - - Detroit Mich WTR Supply SYS REV | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 44

**Name of Person Reporting**

White, Helene N.

**Date of Report**

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - - Orchard View Mich SCHS GO BDS | D | Interest | M | T | | | | | |
| 427. - - Macomb CNty Mich Hosp FIN Auth | E | Interest | O | T | | | | | |
| 428. - - Eaton Rapids Mich Pub SCHS GO School BDS | E | Interest | O | T | | | | | |
| 429. - - Southfield Mich Pub SCHS GO School BDS | D | Interest | N | T | | | | | |
| 430. - - Southfield Mich Pub SCHS GO School BDS | D | Interest | M | T | | | | | |
| 431. - - Wayne Mich LTD GO BDS SER | E | Interest | O | T | | | | | |
| 432. - - Muskegon Cnty Mich GO Ltd Tax | E | Interest | | | Sold | 03/02/12 | O | E | |
| 433. - - Puerto Rico Comwlth Hwy & Transp | E | Interest | N | T | | | | | |
| 434. - - Puerto Rico Comwlth Hwy & Transp | C | Interest | M | T | | | | | |
| 435. - - Puerto Rico Comwlth Hwy & Transp | D | Interest | M | T | | | | | |
| 436. - - Puerto Rico Comwlth REFGO Bds Ser 2006A | D | Interest | M | T | | | | | |
| 437. - - Puerto Rico Elec Pwr Quth Pwr | D | Interest | N | T | | | | | |
| 438. - - Puerto Rico Comwlth Hwy & Trans Auth | D | Interest | M | T | | | | | |
| 439. - - Dallas, TX GO Bds | B | Interest | N | T | Buy | 05/31/12 | N | | |
| 440. - - King Cnty, Wash Ltd Tax GO | D | Interest | O | T | Buy | 11/19/12 | O | | |
| 441. - - Ann Arbor Mich LTD GO BDS MAINTENANCE | D | Interest | M | T | | | | | |
| 442. - - Battle Creek Mich LTD GO REF BDS | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - - Freeland Mich Cmnty SCH Dist GO REF BDS | C | Interest | | | Sold | 03/20/12 | N | E | |
| 444. - - Chelsea Mich SCH Dist Ref GO BDS | B | Interest | | | Sold | 03/20/12 | M | D | |
| 445. - - Portage Mich PUB SCHS GO SCH BDS | C | Interest | | | Sold | 03/20/12 | N | E | |
| 446. - - Three Rivers Mich Cmnty SCHS GO | C | Interest | M | T | | | | | |
| 447. - - South Haven Mich LTD GO BDS SER | D | Interest | | | Sold | 03/20/12 | N | E | |
| 448. - - San Juan Basin Rty Tr Unit Ben Int | D | Interest | | | Sold | 12/11/12 | M | | |
| 449. - - Detroit Mich Sew Disprev | E | Interest | N | T | | | | | |
| 450. - - Oregon State Dept Trans | C | Interest | N | T | Buy | 06/07/12 | N | | |
| 451. - - Utah State GO BDS Ser 2009C | A | Interest | M | T | Buy | 06/12/12 | M | | |
| 452. - - King Cnty, Wash Sch Dist No ▨ | C | Interest | N | T | Buy | 05/31/12 | N | | |
| 453. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | Buy | 02/09/12 | L | | |
| 454. - -Northview, MI Pub Sch | B | Interest | N | T | Buy | 08/30/12 | N | | |
| 455. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 456. - - BOFA Tax Exempt Reserves | A | Interest | M | T | | | | | |
| 457. - - Artio Global High Income Fund | A | Dividend | | | Sold | 02/03/12 | J | A | |
| 458. - - Eaton Vance Income Fund Boston CL 1 | D | Dividend | M | T | Buy | 01/02/12 | J | | |
| 459. - - Pimco Com Real Return Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - -Pimco Emerging Mkt Currency Fund | C | Dividend | M | T | | | | | |
| 461. - - IShares MSCI Australia Index | B | Dividend | M | T | | | | | |
| 462. - - IShares TR Cohen & Steers Realty | A | Dividend | M | T | | | | | |
| 463. - - IShares MSCI CDA Index Fund | C | Dividend | M | T | | | | | |
| 464. - - IShares TR MSCI Emerging Markets | A | Dividend | L | T | | | | | |
| 465. - - IShares MSCI Hong Kong Index Fund | C | Dividend | M | T | | | | | |
| 466. - -IShares S&P Latin America | A | Dividend | M | T | | | | | |
| 467. - - IShares S&P NA Natl Resources Index Fund | B | Dividend | M | T | | | | | |
| 468. - - Wisdomtree Emerging Markets | A | Dividend | K | T | | | | | |
| 469. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 470. - - NY NY GO Ref Bond | D | Interest | | | Sold | 12/13/12 | M | E | |
| 471. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 472. - - Columbia Acorn TR Fund CL Z | A | Dividend | K | T | | | | | |
| 473. - - Columbia Select Small Cap Fund | | None | | | Sold | 10/26/12 | J | A | |
| 474. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | N | T | | | | | |
| 475. - - Cook Cnty Ill GO Bonds | D | Interest | N | T | | | | | |
| 476. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - - BA Hedge Fund OZ Domestic Partners II | | None | O | T | | | | | |
| 478. - - BA Hedge Fund Kingdon Asso | | None | N | T | | | | | |
| 479. - - Clarksville, Tenn Elec Sys. Rev Bond | D | Interest | N | T | | | | | |
| 480. - - Ithaca City NY Pub Imp Bds | D | Interest | N | T | | | | | |
| 481. - - Ohio State Wtr Dev Auth | D | Interest | N | T | | | | | |
| 482. - - Cedar Park, Tex GO Ref Bonds | D | Interest | N | T | | | | | |
| 483. - - Clark Cnty Nev LDT Tax Ref Bonds | E | Interest | N | T | | | | | |
| 484. - - Clark Cnty Nev for Issues dtd GO LTD Tax Trans Ref Bds | D | Interest | N | T | | | | | |
| 485. - - JEA Fla Elec Sys Rev Bonds | D | Interest | M | T | | | | | |
| 486. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 487. - - Ohio St Nat Resources Bonds | D | Interest | | | Sold | 12/13/12 | N | C | |
| 488. - - Royce Opp Fund | | None | L | T | | | | | |
| 489. - - Hillsborough Cnty Fla Environmental BD | D | Interest | N | T | | | | | |
| 490. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 491. - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 492. - - Altria Group, Inc. | B | Dividend | K | T | | | | | |
| 493. - - AT&T | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 10/21/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - - Boeing Co | A | Dividend | K | T | | | | | |
| 495. - - Bristol Myers Squibb Co. | A | Dividend | | | Sold | 09/19/12 | K | D | |
| 496. - - Chevron Corp | A | Dividend | K | T | | | | | |
| 497. - - Cisco Systems, Inc. | A | Dividend | K | T | Buy | 09/18/12 | J | | |
| 498. - - Conoco Philips | A | Dividend | K | T | Buy (add'l) | 06/14/12 | J | | |
| 499. - - Dominion Resources | A | Dividend | K | T | | | | | |
| 500. - - DuPont El De Nemours & Co. | A | Dividend | J | T | | | | | |
| 501. - - General Electric | A | Dividend | K | T | | | | | |
| 502. - - Heinz HJ Co. | A | Dividend | K | T | | | | | |
| 503. - - Intel Corp | A | Dividend | K | T | | | | | |
| 504. - - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 505. - - JP Morgan Chase & Co | A | Dividend | J | T | Buy | 04/13/12 | J | | |
| 506. - - Kimberly Clark | A | Dividend | K | T | | | | | |
| 507. - - Kraft Foods | A | Dividend | J | T | | | | | |
| 508. - - Lilly Eli & Co | B | Dividend | K | T | | | | | |
| 509. - -Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 510. - - Microsoft Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  - - Mondelez Intl, Inc. | | None | J | T | Spinoff (from line 507) | 10/03/12 | J | | |
| 512.  - - Nextera Energy | A | Dividend | K | T | | | | | |
| 513.  - - Philip Morris Intl | A | Dividend | K | T | | | | | |
| 514.  - - Raytheon Co. | A | Dividend | K | T | Buy | 04/13/12 | K | | |
| 515.  - - Travelers Cos, Inc. | A | Dividend | K | T | | | | | |
| 516.  - - Verizon Comm | B | Dividend | K | T | | | | | |
| 517.  - - 3M Co. | A | Dividend | J | T | | | | | |
| 518.  - -Genuine Parts Co. | A | Dividend | K | T | | | | | |
| 519.  - - Astrazeneca PLC | B | Dividend | K | T | | | | | |
| 520.  - - Diagio PLC | A | Dividend | K | T | | | | | |
| 521.  - - HSBC Holdings | A | Dividend | K | T | | | | | |
| 522.  - - Nokia Corp | A | Dividend | | | Sold | 04/13/12 | J | | |
| 523.  - -Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 524.  - - Unilever NV | A | Dividend | K | T | | | | | |
| 525.  - -Vodafone | B | Dividend | K | T | | | | | |
| 526.  - - HCP Reit | A | Dividend | K | T | | | | | |
| 527.  - -Health Care Reit | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Brokerage Account #11 US Trust Sub-Acct C | | | | | | | | | |
| 529. - - BOFA Tax Exempt Fund | A | Int./Div. | K | T | | | | | |
| 530. - - ACME Packet Inc. | | None | | | Sold | 01/05/12 | J | | |
| 531. - - Allergan, Inc. | A | Dividend | K | T | | | | | |
| 532. - - Amazon | | None | K | T | Sold (part) | 06/26/12 | J | A | |
| 533. - - Apple, Inc. | | None | K | T | Sold (part) | 04/17/12 | J | A | |
| 534. - - Biogen Idec Inc. | | None | K | T | Sold (part) | 02/03/12 | J | A | |
| 535. | | | | | Sold (part) | 09/26/12 | J | A | |
| 536. - - Cameron Intl Corp | | None | K | T | | | | | |
| 537. - - Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 538. - - Cerner Corp | | None | K | T | Buy | 09/06/12 | J | | |
| 539. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 540. - - Chipolte Mexican Grill | | None | K | T | Sold (part) | 04/02/12 | J | B | |
| 541. - - Citrix Sys Inc. | | None | K | T | | | | | |
| 542. - - Cognizan Technology Solutions CL A | | None | K | T | Sold (part) | 02/15/12 | J | A | |
| 543. - - Ebay, Inc. | | None | K | T | Buy | 09/06/12 | J | | |
| 544. | | | | | Buy (add'l) | 10/16/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 44

Name of Person Reporting

White, Helene N.

Date of Report

10/21/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. - - EMX Corp | | None | J | T | | | | | |
| 546. - - Expeditors Intl Wash, Inc. | A | Dividend | J | T | | | | | |
| 547. - - Express Scripts, Inc. | | None | J | T | | | | | |
| 548. - -Google, Inc. CL A | | None | | | Sold | 01/27/12 | J | | |
| 549. - - Linked In Corp | A | Dividend | J | T | Buy | 10/16/12 | J | | |
| 550. - - Lululemon | | None | J | T | Sold (part) | 01/11/12 | J | A | |
| 551. | | | | | Sold (part) | 04/02/12 | J | A | |
| 552. | | | | | Sold (part) | 09/19/12 | J | A | |
| 553. | | | | | Sold (part) | 10/19/12 | J | A | |
| 554. - - Monsanto Co, New | A | Dividend | K | T | | | | | |
| 555. - -Occidental Pete Corp Del | A | Dividend | | | Sold | 09/05/12 | J | | |
| 556. - - Polypore Intl Inc | | None | | | Sold | 01/31/12 | J | | |
| 557. - - Priceline.com, Inc. New | | None | K | T | | | | | |
| 558. - - Qualcomm, Inc. | A | Dividend | K | T | | | | | |
| 559. - - Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 560. - - Starbucks Corp | A | Dividend | K | T | Buy | 05/03/12 | J | | |
| 561. | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - - Starwood Hotels & Resorts | A | Dividend | | | Sold | 06/18/12 | J | A | |
| 563. - - Union Pacific Corp. | A | Dividend | K | T | Sold (part) | 02/15/12 | J | A | |
| 564. | | | | | Sold (part) | 09/20/12 | J | A | |
| 565. - - Alexion Parmaceuticals, Inc. | | None | K | T | | | | | |
| 566. - - Dollar Tree, Inc. | | None | | | Sold | 09/18/12 | J | A | |
| 567. - - Perrigo Co. | A | Dividend | J | T | | | | | |
| 568. - - ARM Holdings PLC | A | Dividend | | | Sold | 05/14/12 | J | C | |
| 569. - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 570. - -Potash Corp SASK | | None | | | Sold | 02/08/12 | J | | |
| 571. - - Affiliated Managers Group | A | Dividend | K | T | Buy | 02/09/12 | J | | |
| 572. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 573. - - Fastenal Co | A | Dividend | K | T | Buy | 07/30/12 | J | | |
| 574. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 575. - - Hunt JB Trans Svcs Inc. | A | Dividend | J | T | Buy | 11/05/12 | J | | |
| 576. - - Teradata Corp | A | Dividend | K | T | Buy | 05/30/12 | J | | |
| 577. | | | | | Buy (add'l) | 10/30/12 | J | | |
| 578. - - Tractor Supply Co | A | Dividend | K | T | Buy | 04/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 580. - - Vertex Pharmaceuticals, Inc. | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 581. 529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 582. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 583. 529 Plan #3 - MS (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 584. 529 Plan #4 - TES (Scholar's Choice Age Based) | | None | L | T | | | | | |
| 585. Brokerage Acct # 12 (Morgan Stanley) | | | | | | | | | |
| 586. - - Money Market Funds | A | Interest | K | T | | | | | |
| 587. - - Detroit Sewer Bond Ser C | B | Interest | N | T | | | | | |
| 588. - - Warren Mich Bond | C | Interest | | | Redeemed | 11/01/12 | M | | |
| 589. - - Genesee Mich Bond | D | Interest | N | T | | | | | |
| 590. - - Fla St Bd Ed | C | Interest | M | T | | | | | |
| 591. - - Miami Dade Bond | C | Interest | M | T | | | | | |
| 592. - - Puerto Rico Elec Bond Ser TT | C | Interest | M | T | | | | | |
| 593. - - Det Mich Sew Disp Rev Ref Ser A Bond | C | Interest | L | T | | | | | |
| 594. - - Detroit Mich Sew Disp Rev Sen Lien A | C | Interest | M | T | Buy | 08/06/12 | M | | |
| 595. - -Detroit Mich Sew Disp Rev Sen Lien C | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - - Michigan State Bldg Auth Rev Bond | B | Interest | K | T | | | | | |
| 597. - - Det Water Supply Systems Bond Ser A | D | Interest | M | T | | | | | |
| 598. - - Port St. Lucie, FL Util Rev Bond | | None | | | Sold | 01/05/12 | M | | |
| 599. - - Philadelphia PA Water & Waste Water Rev Ref Ser A | C | Interest | L | T | Buy | 05/11/12 | L | | |
| 600. - - Puerto Rico Elec Power Bond Ser XX | C | Interest | M | T | | | | | |
| 601. - - Chicago, Ill GO Bond | C | Interest | M | T | | | | | |
| 602. - - Puerto Rico Electric Bond Ser TT | D | Int./Div. | M | T | | | | | |
| 603. - - FL State Dept Env Protectin Bond | D | Interest | M | T | | | | | |
| 604. - - Sunrise FL Utility Bond | D | Interest | M | T | | | | | |
| 605. - - Alachua Co. FL School Board Bond | D | Interest | M | T | | | | | |
| 606. - - Utah WTR FIN AGY Bond | D | Interest | M | T | | | | | |
| 607. - - Allegheny Co PA GO Bond | D | Interest | M | T | | | | | |
| 608. - - Neveda State Higher Ed Bond | C | Interest | L | T | | | | | |
| 609. - - Miami-Dade Co, FL School Board Bond | C | Interest | M | T | | | | | |
| 610. - - Puerto Rico Comwlth Genl Obl Bond | C | Interest | L | T | | | | | |
| 611. - - Det Mich Water Supply Series D Bond | D | Interest | M | T | | | | | |
| 612. - - Wisconsin State Health & Ed Bond | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - - Puerto Rico Comm Pub Impt Ref Ser A | D | Interest | M | T | Buy | 08/06/12 | M | | |
| 614. - - West VA Higher Ed Pol Comm Rev | C | Interest | | | Sold | 08/06/12 | M | A | |
| 615. - - Puerto Rico Sales Tax FING Corp Bond | D | Interest | N | T | | | | | |
| 616. - - Unit Claymore Closed-End MLP 8 | D | Dividend | | | Sold | 04/18/12 | M | | |
| 617. - - Unit First Trust Int Rate Hedge 17 | D | Dividend | | | Sold | 10/08/12 | M | | |
| 618. - - Blackrock National Muni C | C | Dividend | N | T | Buy (add'l) | 01/05/12 | J | | |
| 619. - - Invesco Balanced-Risk Alloc C | A | Dividend | M | T | Buy | 10/31/12 | M | | |
| 620. - - Unit First Trust Strategic Income Adv CE 24 | D | Dividend | M | T | | | | | |
| 621. - - Unit First Trust Int Rate Hedge 55 | B | Dividend | M | T | Buy | 10/08/12 | M | | |
| 622. - -Unit First Trust Target Global Div Leaders 4th Qtr 11 | B | Dividend | | | Sold | 06/18/12 | M | | |
| 623. - - Unit First Trust Target Global Div Leaders 2nd Qtr 11 | D | Dividend | | | Sold | 11/30/12 | M | | |
| 624. - - Unit First Trust Target Gobal Div 2nd Qtr 12 | C | Dividend | M | T | Buy | 06/13/12 | M | | |
| 625. - -Unit First Trust Target Gobal Div 4th Qtr 12 | A | Dividend | M | T | Buy | 11/30/12 | M | | |
| 626. - - Unit Guggenheim Closed-End Inf & MLP 10 | B | Dividend | M | T | | | | | |
| 627. - -Unit Guggenheim Closed-end Infra & MLP 11 | D | Dividend | M | T | Buy | 04/18/12 | M | | |
| 628. - - Unit Guggenheim MLP 1 | C | Dividend | M | T | Buy | 10/08/12 | M | | |
| 629. - - Unit Guggenheim Closed-End Inf & MLP 9 | D | Dividend | | | Sold | 10/08/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Brokerage Acct #13 Merrill Lynch | | | | | | | | | |
| 631. - - CMA Funds | A | Interest | J | T | | | | | |
| 632. - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |
| 633. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 634. IRA - Morgan Stanley | | None | J | T | | | | | |
| 635. - - MS Focus Growth Fd A | | | | | | | | | |
| 636. Remic Fund 46 | D | Interest | M | T | | | | | |
| 637. Option on Real Property in NYC | | None | P1 | T | | | | | |
| 638. Remic Fund 50 | B | Interest | L | T | | | | | |
| 639. Home Properties, LLC | | None | N | U | | | | | |
| 640. - - Real Property Oak Park Michigan | | | | | | | | | |
| 641. Additional Asset: Tocqueville Funds (asset of RNJH Asso.) | D | Dividend | | | Sold | 12/04/12 | O | G | |
| 642. Rohlik Foundation -- Canadian Oil Sands, LTD (Reported in | | None | | | Sold | 04/13/12 | J | | |
| 643. line 327 in prior report ) | | | | | | | | | |
| 644. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 248   Note taken for loan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544